# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| DUANE YEAGER, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 2:21-cv-112 |
| v. ) | |
| ) | Judge Atchley |
| MITZIE WIDDAL, ) | |
| KENNETH TRIVITT, ) | Magistrate Judge Wyrick |
| SERGEANT MCGINNIS, and ) | |
| DEXTER LUNSFORD, ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Plaintiff's pro se complaint for violations of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff is **ASSESSED** the filing fee of $400.00, and the custodian of Plaintiff's inmate trust account is **DIRECTED** to submit payments toward the filing fee in the manner set forth in the Memorandum Opinion. The Clerk is **DIRECTED** to provide a copy of the Memorandum Opinion and this Order to the Court's financial deputy and the Warden of Plaintiff's current facility.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
 */s/ Leanna R. Wilson*
LeAnna R. Wilson
Clerk of Court